AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

Craig Cunningham

                    Plaintiff(s)

v.

Technologic USA, Inc, and John/Jane Does 1-5

                    Defendant(s)

Civil Action No. 2:19-cv-05597-FMO(MRWx)

FILED
CLERK, U.S. DISTRICT COURT
JUL 29 2019
CENTRAL
BY ____ DEPUTY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Technologic USA Inc., c/o Wyoming Secretary of State or Corporate Officer or
109 E 17th Street ste 5039, Cheyenne, WY 82001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Craig Cunningham, Plaintiff, Pro-se, 615-348-1977, projectpalehorse@hushmail.com, 3000 Custer Road, ste 270-206, Plano, Tx 75075

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 07/05/2019

*Derek Davis*

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-cv-05597-FMO(MRWx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* TECHNOLOGIC USA, INC.
was received by me on *(date)* 7/19/2019

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* JULIE K. BRIDGE , who is designated by law to accept service of process on behalf of *(name of organization)*
TECHNOLOGIC USA, INC.   on *(date)* 7/20/2019  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 25.00 for travel and $ 25.00 for services, for a total of $ 50.00

I declare under penalty of perjury that this information is true.

Date: 7/22/2019

*James E. Shelton*
Server's signature

JAMES E. SHELTON, Process Server
*Printed name and title*

710 South Myrtle Avenue, Suite 257
Monrovia, CA 91016
*Server's address*

Additional information regarding attempted service, etc:

Served Julie K. Bridge, corporate officer of Technologic USA, Inc., on July 20, 209 at 10:00 AM at her personal residence, 1448 N. Euclid Ave, 91786. Description: 54 years old, blonde hair, black pants and a pink shirt. Ms. Bridge came outside after I knocked on the front door. I assumed no one was home and got in my car to leave, but as I was doing so, the garage door opened and Ms. Bridge came outside and confirmed her identity. I handed her the legal documents and informed her of the contents therein.

James E. Shelton
710 South Myrtle Avenue Suite 257
Monrovia, CA 91016

Edward R. Roybal Federal Building & U.S. Courthouse
265 East Temple Street
Los Angeles, CA 90012

SANTA CLARITA CA 913
26 JUL 2019 PM 5 L

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 29 2019