UNITED STATES DISTRICT COURT
Central District of California (Western Division-Los Angeles)

FILED
CLERK, U.S. DISTRICT COURT
SEP 16 2019
CENTRAL DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

CRAIG CUNNINGHAM, Pro-se )
*Plaintiff* )
)
v. CIVIL ACTION NO.: 2:19-cv-05597-FMO-MRW
) )
TECHNOLOGIC USA, INC.,

*Defendants.*

**Plaintiff's Supplemental Notice Regarding Service**

1. The Plaintiff hereby includes an affidavit from a second process server as a showing of due diligience regarding service and attempts at various addresses for the Defendant Technologic (See Ex A).

2. I hired another process server to conduct attempts at 109 E 17th Street, ste 5039 Cheyenne, WY 82001 and 1621 Central Ave., Cheyenne, WY upon Rose Garcia, former registered agent.

Respectfully submitted, 9/11/2019

Craig Cunningham
Plaintiff,

Mailing address:

3000 Custer Road, ste 270-206, Plano, Tx 75075, 615-348-1977

UNITED STATES DISTRICT COURT
Central District of California (Western Division-Los Angeles)

CRAIG CUNNINGHAM, Pro-se )
*Plaintiff* )
)
v. CIVIL ACTION NO.: 2:19-cv-05597-FMO-MRW
) )
TECHNOLOGIC USA, INC.,

*Defendants.*

**Plaintiff's Certificate of Service**

I hereby certify a true copy of the foregoing was mailed to the last known address of the defendants on 9/11/2019 via USPS first class mail

Craig Cunningham
Plaintiff,

Craig Cunningham, 3000 Custer Road, ste 270-206 Plano, Tx 75075 615-348-1977



# STATE OF CALIFORNIA COUNTY OF CENTRAL DISTRICT

IN THE CENTRAL DISTRICT

**Craig Cunningham**
*Plaintiff,*
-vs-
**Technologic USA Inc and John/Jane Does 1-5**
*Defendant.*

Civil Action No: **2:19-cv-05597-FMO(MRWx)**

**NON-SERVICE RETURN FOR TECHNOLOGIC USA INC AND JOHN/JANE DOES 1-5**

I, **Gregory Goodwine**, being first duly sworn upon my oath does hereby depose and say that I am a person above the age of majority and I am not a party to the foregoing action or have an interest therein.

I WAS UNABLE TO SERVE **TECHNOLOGIC USA INC AND JOHN/JANE DOES 1-5**THE *SUMMONS AND COMPLAINT* FOR THE FOLLOWING REASON(S):

**Not Served:** 7/11/2019 4:30:00 PM

**Server Comments:** (No Agent/No Office)109 E 17th St Ste 5039, Cheyenne, WYOMING 82001
(No Agent/No Office)1621 Central Ave, Cheyenne, WYOMING 82001
Rose Garcia (Office Manager) reports that Technologic USA, Inc has not been an active company since 2016. This company is now archived.
(50yo.H,F,5'3,170lbs,black hair)

Gregory Goodwine

Subscribed and sworn to before me by Gregory Goodwine this 11 day of July 2019

MARISSA MEDINA - NOTARY PUBLIC
County of Laramie
State of Wyoming
My Commission Expires April 3, 2021

Notary Public / Clerk



Craig Cunningham

637984



Craig Cunningham
3000 Custer RD
Ste 270-206
Plano, TX 75075

FOREVER 000590402165418

FOREVER 000590402165418

FOREVER 000590402165418

US District Court
350 W. 1st Street
Ste 4311
Attn: clerk
Los Angeles, CA 90012

FMO

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 16 2019
CENTRAL DISTRICT OF CALIFORNIA
BY